# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 5, 2013

### NO. 03-12-00019-CR

**Ex parte Roxana Vanessa Rodriguez-Grimaldo**

**APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE ORDERED** that the judgment of the trial court is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.